# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 3, 2013

### NO. 03-12-00610-CV

Nancy C. Perez and Jose A. Perez, Appellants

v.

Texas Medical Board, Appellee

APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PEMBERTON

**IT APPEARING** to this Court that the appellants have failed to file a brief, and, accordingly, has failed to prosecute the appeal: **IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution. **IT IS FURTHER** ordered that the appellants pay all costs relating to this appeal both in this Court and the court below; and that this decision be certified below for observance.